# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CHRISTOPHER LEE GIBSON (02)<br><br>　　　　　　　　　Defendant. | Case No. 17CR0329-AJB-02<br><br>JUDGMENT OF DISMISSAL |

FILED 17 APR 12 PM 3:06
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ MXN _____DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_ the Court has dismissed the case for unnecessary delay; or

**X** the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or
\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) as charged in the Indictment:

21:952,960;18:2 - Importation of Methamphetamine; Aiding and Abetting

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 4/10/2017

Hon. Anthony J. Battaglia
United States District Judge